3

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

v.

REGINALD LARELL JENKINS,

Defendant.
_____/

Case: 2:26−cr−20428
Assigned To : DeClercq, Susan K.
Referral Judge: Patti, Anthony P.
Assign. Date : 7/9/2026
Description: USA v. Jenkins (lh)

Violations:
18 U.S.C. § 922(g)(1)
18 U.S.C. § 922(g)(1)

## INDICTMENT

The Grand Jury charges:

## COUNT ONE
18 U.S.C. § 922(g)(1)
*Felon in Possession of a Firearm and Ammunition*

On or about February 1, 2026, through February 4, 2026, in the Eastern District of Michigan, Southern Division, the defendant, REGINALD LARELL JENKINS, knowing that he had been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed, in and affecting interstate commerce, a firearm, that is, one Ruger 57 5.7x28 caliber pistol, and 5.7x28 caliber ammunition, in violation of Title 18, United States Code, Section 922(g)(1).

1

## FORFEITURE ALLEGATIONS
### 18 U.S.C. § 924(d) and 28 U.S.C. § 2461
*Criminal Forfeiture*

The allegations contained in Count One of this Indictment are incorporated by reference to allege forfeiture under Title 18, United States Code, Section 924(d) together with Title 28, United States Code, Section 2461.

Pursuant to Title 28, United States Code, Section 2461(c), and Title 18, United States Code, Section 924(d)(1), upon conviction of an offense in violation of Title 18, United States Code, Section 922, the defendant, REGINALD LARELL JENKINS, shall forfeit to the United States, any firearm and ammunition involved in or used in any knowing violation of said offense, including but not limited to: one Ruger 57 5.7x28 caliber pistol and 5.7x28 caliber ammunition.

THIS IS A TRUE BILL.

*s/ Grand Jury Foreperson*
Grand Jury Foreperson

JEROME F. GORGON JR.
United States Attorney

*s/ Mark Bilkovic*
MARK BILKOVIC
Chief, Violent and Major Crimes Unit

*s/Philip M. Jacques*
PHILIP M. JACQUES
Assistant United States Attorney

Dated: July 9, 2026

2

| United States District Court<br>Eastern District of Michigan | **Criminal Case Cover Sheet** | **Case Number** |
|---|---|---|

NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to complete it accurately in all respects.

## Companion Case Information

This may be a companion case based upon **LCrR 57.10 (b)(4)[1]**:

☐ Yes      ☒ No

Case: 2:26-cr-20428
Assigned To : DeClercq, Susan K.
Referral Judge: Patti, Anthony P.
Assign. Date : 7/9/2026
Description: USA v. Jenkins (lh)

**Case Title:** USA v. Reginald Larell Jenkins

**County where offense occurred :** Wayne

**Check One:**      ☒ Felony            ☐ Misdemeanor            ☐ Petty

✓ Indictment/____ Information --- **no** prior complaint.
____ Indictment/____ Information --- based upon prior complaint [**Case number:**                    ]
____ Indictment/____ Information --- based upon **LCrR 57.10 (d)** *[Complete Superseding section below]*.

## Superseding Case Information

**Superseding to Case No:** _____      **Judge:** _____

☐ Corrects errors; no additional charges or defendants.
☐ Involves, for plea purposes, different charges or adds counts.
☐ Embraces same subject matter but adds the additional defendants or charges below:

| **Defendant name** | **Charges** | **Prior Complaint (if applicable)** |
|---|---|---|
| | | |

**Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case.**

July 9, 2026
_____
Date

s/ Philip M. Jacques
_____

Philip M. Jacques
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI  48226-3277
Phone: 313-226-9654
Fax:    313-226-2311
E-Mail address: Philip.Jacques@usdoj.gov
Attorney Bar #: P73754

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, or (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.